UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JUAN C. SERRANO,**

    **Plaintiff,**

**v.**                                                 **Case No.  5:23-cv-109-TKW-MJF**

**CAPTAIN HEFFNER, et al.,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 46).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case fil, the Court agrees with the magistrate judge's determination that Defendants' motion to dismiss should be granted because Defendants Heffner, Simpson, Dickens and Peters are entitled to qualified immunity, and because Plaintiff failed to exhaust his administrative remedies concerning his claim against Defendant Santiago. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Defendants' motion to dismiss (Doc. 28) is **GRANTED**, and

1

    a. Plaintiff's claims against Defendants Heffner, Simpson, Dickens, and Peters are **DISMISSED** because those Defendants are entitled to qualified immunity; and

    b. Plaintiff's claim against Defendant Santiago is **DISMISSED** because Plaintiff failed to exhaust his administrative remedies as required by 42 U.S.C. §1997e(a).

  3. The Clerk shall enter judgment in accordance with this Order and close the case file.

  **DONE and ORDERED** this 29th day of March, 2024.

          _____
          **T. KENT WETHERELL, II**
          **UNITED STATES DISTRICT JUDGE**